**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In Re:

RUBEN D BOLANOS A/K/A RUBEN
BOLANOS AKA RUBEN DIONICIO
BOLANOS A/K/A RUBEN DIONICIO
BOLANOS
BERTHA Y. BOLANOS A/K/A BERTHA            CASE NO. 13-33662-AJC
BOLANOS A/K/A BERTHA YADIRA               CHAPTER 13
BOLANOS

Debtor(s)
_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney hereby files this Notice of Appearance on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), CREDITOR, C/O SETERUS INC. in connection with and in any and all proceedings had in the above-styled cause.

PLEASE TAKE FURTHER NOTICE that copies of any and all pleadings, correspondence, etc., are to be mailed to the undersigned counsel at his/her address as set forth below.

/s/ Kevin A. Comer
Law Offices of Daniel C. Consuegra, P.L.
**X Kevin A. Comer/Florida Bar #55553**
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 7th day of November, 2013 to RUBEN D. BOLANOS, 13409 SW 283RD STREET, HOMESTEAD, FL 33033-7383, BERTHA Y. BOLANOS, 13409 SW 283RD STREET, HOMESTEAD, FL 33033-7383; ROBERT SANCHEZ, ESQUIRE, 355 W 49 ST., HIALEAH, FL 33012; NANCY NEIDICH, TRUSTEE, POB 279806, MIRAMAR, FL 33027; AND UNITED STATES TRUSTEE, 51 SOUTHWEST FIRST AVENUE, SUITE 1204, MIAMI, FL 33130.

/s/ Kevin A. Comer
Law Offices of Daniel C. Consuegra, P.L.
**X Kevin A. Comer/Florida Bar #55553**
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor