UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Case No. 13-33662-AJC

Ruben D Bolanos
Bertha Y Bolanos
Debtor(s). Chapter 13
___________________________/

**MOTION TO MODIFY CHAPTER 13 PLAN**

**COME NOW,** the Debtors, by and through their undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On October 1, 2013 the instant case was filed.
2. On April 30, 2014 Debtor's Second Amended Chapter 13 plan was confirmed.
3. **NOMPC** In debtors' confirmed plan, the debtors are curing and maintaining their homestead property with Seterus / Federal National Mortgage Association ("Fannie Mae" / herein "Creditor") [POC#7].
4. Creditor filed a notice of mortgage payment change on December 28, 2016, wherein the regular payment of the debtors' mortgage has increased beginning on February 1, 2017.
5. Debtors desire to modify their plan in order to provide for the new payment.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional

qualifications to practice in this Court as set forth in Local Rule 910(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on January 12, 2017: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*______________
Robert Sanchez, Esq., FBN#0442161